ACCEPTED
03-13-00370-CV
8382282
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/28/2015 4:19:05 PM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/28/2015 4:19:05 PM
JEFFREY D. KYLE
Clerk

December 28, 2015                               *Filed Via Electronic Filing*

Jeffrey D. Kyle
Clerk, 3rd Court of Appeals
P. O. Box 12547
Austin, TX 78711

      RE: Case No. 03-13-00370-CV; *The State Board for Educator Certification, Appellant v. Erasmo Montalvo, Appellee*

Dear Mr. Kyle:

     I am counsel of record for the State Board for Educator Certification, Appellant, in the above-referenced case. The purpose of this letter is to waive the filing of a response regarding the Motion for Rehearing unless the Court desires to hear from the Board on the issues raised.

     If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

**/s/ Ellen Sameth**
Ellen Sameth
State Bar No. 17555550
Assistant Attorney General
Administrative Law Division
Telephone: (512) 936-1838
E-mail: ellen.sameth@texasattorneygeneral.gov

**CERTIFICATE OF SERVICE**

This is to verify that a true and correct copy of the foregoing letter of waiver was served via e-service on the following counsel of record on this 28th day of December, 2015, to the following:

Mark Robinett                       *Via e-mail:*
Brim, Arnett & Robinett, P.C.      mrobinett@brimarnett.com
Attorneys at Law
2525 Wallingwood Drive, Bldg. 14
(512) 328-0048
(512) 328-4814 (facsimile)
***Attorney for Appellant***

                                     */s/ Ellen M. Sameth*
                                       Ellen M. Sameth
                                       Assistant Attorney General